UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID HARDE,

    Defendant.

                                                        /

CR S-06-0270 FCD

ORDER FOR EXTENSION OF SURRENDER DATE AND FOR DESIGNATION TO LOMPOC

Upon the request of defendant and good cause appearing,

IT IS HEREBY ORDERED that defendant DAVID HARDE's surrender date is continued to February 19, 2007 before 2:00 p.m., to allow time for the Bureau of Prisons to designate his place of incarceration.

The Bureau of Prisons is requested to consider designating Mr. Harde to the Federal Prison Camp at Lompoc, California.

Dated: January 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331