McGREGOR W. SCOTT
United States Attorney
ELLEN V. ENDRIZZI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:06-cr-00270 FCD |
| Plaintiff, | **APPLICATION TO RELEASE PASSPORT AND ORDER** |
| v. | |
| DAVID OAKLEY HARDE, | |
| Defendant. | |

The United States, by and through its undersigned attorneys, hereby respectfully requests that the Court order the Clerk of the Court to release Ms. Toby Landis' passport to the custody of her attorneys, J. David Nick, Valerio Romano, and E. Michael Linscheid. The charges against Ms. Landis in the above-captioned matter were dismissed without prejudice on August 28, 2006.

DATED: April 9, 2007

                                        Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                              By: /s/ Ellen V. Endrizzi

                                        ELLEN V. ENDRIZZI
                                        Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court release Ms. Toby Landis' passport to the custody of her attorneys, J. David Nick, Valerio Romano, and E. Michael Linscheid.

DATED: April 10, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE